UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENZEL EARLY,

      Plaintiff,

v.

VA MEDICAL CENTER, *et al.*,

      Defendants.

_____/

Case No. 26-11586

F. Kay Behm
U.S. District Judge

## ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND STRIKING COMPLAINT

This matter was filed May 13, 2026.  ECF No. 1.  However, Plaintiff is an enjoined filer in the Eastern District of Michigan.  *See Early v. Ferris*, No. 25-cv-13338 (ECF No. 7) (E.D. Mich. Nov. 25, 2025).  As part of the Order enjoining Plaintiff from filing in this District, the court ordered that the Clerk of Court would not accept for filing any papers Plaintiff submits unless (A) Early paid the full filing fee, or (B) Early provided, with the complaint, a certification from an attorney in good standing in this district that the claims in the complaint are not frivolous, and that the lawsuit is not brought for an improper purpose.  *Id.* at ECF No. 7, PageID.16-17.  Plaintiff did neither in this case.

1

Accordingly, the Complaint is **DISMISSED** and **STRICKEN** for failure to comply with the order entering filing restrictions.

**SO ORDERED**.

Date: June 4, 2026                              s/F. Kay Behm
                                                F. Kay Behm
                                                United States District Judge