UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENZEL EARLY,                                  Case No. 26-11586

      Plaintiff,                              F. Kay Behm
v.                                             U.S. District Judge

VA MEDICAL CENTER, *et al.*,

      Defendants.
_____/

## **JUDGMENT**

In accordance with the order entered this same day, Plaintiff's

Complaint is **DISMISSED WITHOUT PREJUDICE** and **STRICKEN**

for failure to comply with the order entering filing restrictions.

      **SO ORDERED**.

Date: June 4, 2026                    s/F. Kay Behm
                                      F. Kay Behm
                                      United States District Judge

1